JOHN WANAMAKER et al., Appellants, *v.* ROBERT H. MEGRAW, Respondent.

*Wanamaker* v. *Megraw*, 102 App. Div. 614, affirmed.
(Argued May 8, 1906; decided May 22, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1905, affirming a judgment in favor of defendant

entered upon a decision of the court at a Trial Term without a jury in an action to recover money expended on account of the defendant.

*Richard Ely* and *Job E. Hedges* for appellants.

*Jacob F. Miller* and *Lavinia Lally* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.